# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vanessa Begay,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ganado Unified School District No. 20 of Apache County, et al.,<br><br>　　　　Defendants. | No. CV-21-08053-PCT-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 21), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 8th day of February, 2022.

Douglas L. Rayes
United States District Judge